Louis White, Respondent, v. The New York Central and Hudson River Rail-

road Company, Appellant.— Judgment and order affirmed, with costs. (See *Conrad* v. *N. Y. C. & H. R. R. R. Co.*, 137 App. Div. 372.) All concurred.

Frances E. Roberts, as Administratrix, etc., of Ellis H. Roberts, Deceased, Plaintiff, v. The Town of Farmington, Ontario County, New York, Defendant. — Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.